WENDY TESCH, Individually and on Behalf of All Others Similarly Situated,

   Plaintiff,

vs.

DYNAMIC RECOVERY SOLUTIONS, LLC,

   Defendant.

Case No. 17-cv-263-DEJ

Hon. David E. Jones

**REPRESENTATIVE PLAINTIFF'S MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND
AWARD OF ATTORNEYS' FEES, COSTS, EXPENSES, AND INCENTIVE AWARD**

  NOW COMES plaintiff, Wendy Tesch ("Representative Plaintiff"), individually and on behalf of the Settlement Class (as defined in the Settlement Agreement and stated below), by and through Ademi & O'Reilly, LLP ("Settlement Class Counsel"), and in support of her Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees, Costs, Expenses, and Incentive Award, states as follows:

  1. On August 21, 2017, after briefing and due consideration, the Court entered its order certifying the Settlement Class, approving notice to the Settlement Class, and granting preliminarily approval of the settlement set forth in the Settlement Agreement between Representative Plaintiff and Defendant Dynamic Recovery Solutions, LLC ("Dynamic" or "Defendant"), (collectively, the "Settling Parties"). *See* Preliminary Approval Order (Dkt. No. 18).

  2. The Court certified the following Settlement Class:

> All natural persons in the State of Wisconsin who were sent a collection letter by DRS, stating that DRS is licensed by the Division of Banking in Wisconsin, seeking

to collect a debt for personal, family or household purposes, allegedly owed to Cavalry, between February 24, 2016 and February 24, 2017, inclusive, that was not returned by the postal service.

3. On September 20, 2017, Defendant mailed out the Notice, addressed to 148 Settlement Class Members by first class mail, postage prepaid, with forwarding service requested. *See* Affidavit of Bailey Hughes re: Notice Procedures ¶¶ 4-7. Prior to mailing, Defendant caused the addresses in the Class Member List to be updated using the National Change of Address database ("NCOA") maintained by the U.S. Postal Service. *Id.* As of December 1, 2017, 20 of these notices were returned as undeliverable without forwarding addresses, and counsel for Defendant did not receive any Notice Packages returned by the U.S. Postal Service with forwarding addresses, which counsel for Defendant re-mailed to the updated addresses. *Id.* at 6. Therefore, individual notice reached a sufficient number of potential Settlement Class Members to satisfy due process concerns.

4. The settlement provides cash benefits of $78.08 to each Settlement Class Member who did not opt out of the settlement. Only two class members excluded themselves from the settlement and no objections were filed. Hughes Aff. ¶ 10-11.

5. Each class member will receive $78.08, which is a substantial recovery in a class settlement seeking statutory damages under consumer protection statutes like the FDCPA; Courts in this District have approved similar and smaller amounts on many occasions. *Cervantes v. RCS Recovery Services,* 15-cv-112, (Final Order on Class Action Settlement) (Dkt. No. 45) (E.D. Wis. May 26, 2016) ($200.00 per class member); *Baker v. Credit Control, LLC,* 15-cv-303, (Final Order Approving Class Action Settlement) (Dkt No. 38) (E.D. Wis. May 26, 2016) ($194.17 per class member); *Kelm v. First Associates Loan Servicing, LLC,* 15-cv-500 (Final Order and Judgment Approving Class Action Settlement) (Dkt. No. 33) (E.D. Wis. June 1, 2016) ($28.98 per class member); *Oravecz v. Cavalry Portfolio Services, LLC, et al.,* 14-cv-1126-LA,

(Final Order on Class Action Settlement) (Dkt. No. 31) (E.D. Wis. Oct. 29, 2015) ($149.77 per class member); *Oravecz v. Action Financial Services, LLC*, 14-cv-1124-WED, (Final Order on Class Action Settlement) (Dkt. No. 36) (E.D. Wis. June 30, 2015) ($79.37 per class member); *Paddock v. Fay Servicing, LLC*, No. 14-cv-454-JPS, slip op at 2 (Final Order On Class Action Settlement) (E.D. Wis. Mar. 25, 2015) ($100.00 per class member); *Decker v. Cavalry Portfolio Services, LLC*, No. 13-cv-399-RTR, slip op. at 3 (Final Order On Class Action Settlement) (Dkt. No. 21) (E.D. Wis. Jan. 14, 201) ($44.94 per class member; *Ihde et al. v. The CBE Group, Inc.*, No. 12-cv-906-LA, Final Order Approving Class Action Settlement (Dkt. No. 32) (E.D. Wis. Dec. 2, 2013) ($85.11 per class member); *Schulz v. Rushmore Service Center, LLC,* No. 13-cv-105-LA, Final Order and Judgment Approving Class Action Settlement (Dkt. No. 24) (E.D. Wis. Aug. 28, 2013) ($36.63 per class member); *Waliszewski v. Amsher Collection Services, Inc.*, No. 05-cv-942-PJG, 2006 U.S. Dist. LEXIS 97770 at *2 (E.D. Wis. Nov. 9, 2006) ($43.48 per class member); *Hohler v. Ameristar Financial Servicing Company LLC*, No. 05-cv-568-PJG (E.D. Wis., April 26, 2006) ($26.74 per class member); *Berther*, 2007 U.S. Dist. LEXIS 44500 at *8-10 ($10 per class member); *Ewald v. West Asset Management, Inc.*, No. 05-cv-1320-CNC (E.D. Wis. Oct. 26, 2007) ($75 per class member); *Seeger*, 2007 U.S. Dist. LEXIS 22824 at *20 ($22.28 per class member); *Schneider v. TSYS Total Debt Mgmt.*, No. 06-cv-345-WEC (E.D. Wis. Nov. 9, 2007) ($10 per class member); *Socha v. OSI Collection Services, Inc.*, No. 05-cv-572 (E.D. Wis. Jan. 22, 2008) ($20.49 per class member); *Radaj v. ARS National Services, Inc.*, No. 05-cv-773-CNC (E.D. Wis. Apr. 24, 2008) ($8.71 per class member); *Wanty v. Messerli & Kramer PA*, No. 05-cv-350-JPS (E.D. Wis. Jun. 5, 2008) ($26.18 per class member); *Muha v. Encore Receivable Management Inc.*, No. 05-cv-940-JPS (E.D. Wis. July 27, 2010) ($23.36 per class member); *Bernal v. Corestar Financial Group*, No. 06-cv-9-LA (E.D. Wis. Aug. 21, 2007)

($25.00 per class member in a Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA") settlement).

6. An analysis of the factors outlined by the Seventh Circuit in *Synfuel Technologies., Inc. v. DHL Express (USA) Inc.*, 463 F.3d 646 (7th Cir. 2006), illustrates that the settlement is fair, reasonable, and adequate, and that it should be finally approved.

7. Plaintiff's participation and willingness to undertake the responsibilities and risks attendant with bringing this class action warrant that she be awarded the proposed individual incentive award of $3,000.00. Settlement Agreement at ¶ 13e. This amount has been approved in similar FDCPA actions. *See, eg. Cervantes v. RCS Recovery Services,* 15-cv-112, (Final Order on Class Action Settlement at 4,ii) (E.D. Wis. May 26, 2016); *Baker v. Credit Control, LLC,* 15-cv-303, (Final Order Approving Class Action Settlement at 4,i) (E.D. Wis. May 26, 2016); *Donnelly v. EquityExperts.org, LLC*, 2015 U.S. Dist. LEXIS 8240, *9 (E.D. Mich. Jan. 14, 2015); *Wess v. Storey*, 2011 U.S. Dist. LEXIS 41050 , *7 (S.D. Ohio Apr. 14, 2011); *Durham v. Cont'l Cent. Credit, Inc.*, 2011 U.S. Dist. LEXIS 58684, *5 (S.D. Cal. June 2, 2011) ($3,000 incentive award plus $1,000 statutory damages); *Rosenau v. Unifund Corp.*, 646 F. Supp. 2d 743, 755 (E.D. Pa. 2009); *Henderson v. Eaton*, 2002 U.S. Dist. LEXIS 20840, *18 (E.D. La. Oct. 25, 2002) ("when the incentive compensation falls in the modest range of $ 2,000 to $ 3,000, it is generally held unnecessary to consider the amount of time and money spent in the litigation and other circumstances relating to costs.").

8. Furthermore, Representative Plaintiff's requests for an award of attorneys' fees and costs, including costs of administration, in the amount of $27,600.00, are reasonable, as illustrated by an analysis of the factors set forth in *Taubenfeld v. Aon Corp.,* 415 F.3d 597 (7th

Cir. 2005), and *Cook v. Niedert*, 142 F.3d 1004 (7th Cir. 1998); *see also* 15 U.S.C. § 1692k(a)(1)(A).

9. Several Courts in this District have recently found Class Counsel's hourly rates, time expended, and expenses to be reasonable. *Cervantes v. RCS Recovery Services,* 15-cv-112, (Final Order on Class Action Settlement at 8); *Baker v. Credit Control, LLC,* 15-cv-303, (Final Order Approving Class Action Settlement at 8); *Kelm v. First Associates Loan Servicing, LLC,* 15-cv-500 (Final Order and Judgment Approving Class Action Settlement at 8); *Oravecz v. Cavalry Portfolio Services, LLC, et al.,* 14-cv-1126-LA, (Final Order on Class Action Settlement at 3); *Oravecz v. Action Financial Services, LLC*, 14-cv-1124-WED, (Final Order Approving Class Action Settlement at 4); *Paddock v. Fay Servicing, LLC*, No. 14-cv-454-JPS, slip op at 2 (Final Order On Class Action Settlement at 4); *Decker*, No. 13-cv-399-RTR, slip op. at 3; *Ihde et al. v. The CBE Group, Inc.*, No. 12-cv-906-LA, Final Order Approving Class Action Settlement (Dkt. No. 32) (E.D. Wis. Dec. 2, 2013); *Rushmore Service Center, LLC,* No. 13-cv-105-LA, Final Order and Judgment Approving Class Action Settlement, at 3 (E.D. Wis. Aug. 28, 2013); *Lozano v. J.A. Cambece Law Office, P.C.*, No. 12-cv-709, slip op. at 5 (E.D. Wis. Apr. 25, 2013) (Final Order and Judgment on Class Action Settlement); *Simic v. J.C. Christensen & Assoc., Inc.*, No. 12-cv-226-NJ, slip op. at 3 (E.D. Wis. Feb. 1, 2013); *Puskala v. Koss Corporation*, No. 10-cv-41-LA (E.D. Wis. July 10, 2012); *Schultz v. Tomotherapy Inc.*, No. 08-cv-314-SLC (W.D. Wis. Mar. 22, 2011); *In re: Metavante Technologies, Inc. Shareholder Litigation*, No. 09-CV-5325 (Circuit Ct. Milwaukee Co., Apr. 14, 2010); *Love v. Home Loan Center Inc.*, No. 09-CV-9598 (Circuit Ct. Milwaukee Co., May 25, 2011).

WHEREFORE, Representative Plaintiff and Settlement Class Counsel respectfully requests that the Court enter an Order:

- 5 -

Case 2:17-cv-00263-DEJ    Filed 12/07/17    Page 5 of 7    Document 22

(a) finding that the Settlement Agreement is fair, reasonable, and adequate, and in the best interest of the Settlement Class, granting final approval to the settlement, and entering the proposed Final Approval Order;

(b) granting Representative Plaintiff's request for attorneys' fees and reasonable costs and expenses in the amount of $27,600.00; and an incentive award for Representative Plaintiff in the amount of $3,000; and

(c) granting such other and additional relief as the Court may deem just and appropriate.

Date: December 7, 2017

Respectfully Submitted,

/s/ Mark A. Eldridge
John D. Blythin
Mark A. Eldridge
ADEMI & O'REILLY, LLP
3620 East Layton Avenue
Cudahy, WI 53110
Phone: (414) 482-8000

*Counsel for Representative Plaintiff*

## Certificate of Service By Electronic Means

  I, Mark A. Eldridge, hereby certify that the foregoing document was caused to be served electronically this 7th day of December, 2017, pursuant to ECF as to Filing users and I shall comply with LR 5.5 as to any party who is not a filing user or represented by a filing user.


              /s/ Mark A. Eldridge