# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**WENDY TESCH,**
    *Individually and on behalf of*
    *All Others Similarly Situated*,

        Plaintiff,

    v.                                              Case No. 17-CV-263

**DYNAMIC RECOVERY SOLUTIONS**,

        Defendant.

## FINAL ORDER ON CLASS ACTION SETTLEMENT

**IT IS HEREBY ORDERED:**

1.    On August 21, 2017, the Court preliminarily approved the Class Action Settlement Agreement reached between Plaintiff Wendy Tesch and Defendant Dynamic Recovery Solutions, LLC ("DRS" or "Defendant"). ECF No. 18. The Court approved a form of notice for mailing to the class certified for purposes of this settlement. *Id*. The Court is informed that actual notice was sent by first class mail to 148 class members. A total of 20 notices were returned by the United States Postal Service as undeliverable with no forwarding address or further information. Two class members requested exclusion and no objections were filed or received. A total of 146 Settlement Class Members are therefore entitled to the monetary benefits of the Settlement and will receive a Settlement Check in the amount of $78.08.

2. On December 21, 2017, the Court held a fairness hearing to which class members, including any with objections, were invited. *See* ECF No. 26.

3. The Court finds that provisions for notice to the class satisfy the requirements of Federal Rules of Civil Procedure 23 and due process.

4. The Court finds the settlement is fair and reasonable and hereby approves the Class Action Settlement Agreement submitted by the parties, including the Release and payment of settlement funds as follows:

    i. Class Representative Wendy Tesch will receive $3,000.00 in settlement of her individual claims and as an incentive award for serving as class representative. These funds shall be paid by check within thirty (30) days of the Effective Date, as that term is defined in the Settlement Agreement.

    ii. Settlement Class Members shall be paid $78.08 by check, void one hundred and twenty (120) days after issuance. Dynamic or its settlement administrator shall issue the Settlement Checks within thirty (30) days of the Effective Date, as that term is defined in the Settlement Agreement.

    iii. Based on their petition, Class Counsel shall receive $27,600.00 as reasonable attorneys' fees and costs and expenses of this lawsuit. Class Counsel will not request additional fees or costs from Defendant or the Class Members other than the court awarded fees and costs. If no appeal is taken from this Order, these attorneys' fees and costs awarded by the Court shall be paid by check within thirty (30) days of the Effective Date, as that term is defined in the Settlement Agreement.

    v. The total amount of any funds remaining that result from uncashed checks sent to class members will be contributed to Make a Difference—Wisconsin as a *cy pres* award.

5. The Class Representative and the Class grant Defendant the following release:

    (a) Class Representative Tesch and each and every member of the Class who has not opted out, including each and every one of their respective present, former and future agents, representatives, attorneys, heirs, administrators, executors, assigns or any other person acting on their behalf or for their benefit (collectively, "Releasors") hereby release and discharge Defendant, as well as its respective predecessors and successors in interest and present, former and future affiliates, parents, subsidiaries, related parties, insurers, officers, directors, agents, employees, members, shareholders, general partners, limited partners, beneficiaries, representatives, heirs, attorneys, collectors, brokers, assigns, or entities for which Defendant performs portfolio servicing activities (including, without limitation, any investors, trusts, or other similar entities) (collectively, "Releasees") from any causes of action, suits, claims or demands whatsoever, in law or in equity, known or unknown at this time, which the Class Representatives and the Class now have or ever had against the Releasees, or any of them, under any legal theory, whether or not alleged, arising out of the allegations in or subject matter of the Complaint.

6. The Court finds the Class Action Settlement Agreement fair and made in good faith.

7. The Court dismisses the claims of Class Representative and the Class as set forth in the Class Action Settlement Agreement against Defendant and the Releasees with prejudice and without costs other than those agreed upon by the parties and approved by the Court in paragraph 8 below.

8. Based upon the submissions of Class Counsel, the Court finds that Class Counsel's attorneys' fees and costs of $27,600.00 is reasonable. Class Counsel

is not entitled to payment of any additional fees and costs other than the Court awarded fees and costs.

Dated at Milwaukee, Wisconsin, this 21st day of December, 2017.

**BY THE COURT:**

*s/ David E. Jones*
DAVID E. JONES
United States Magistrate Judge